Hon. Jamal N. Whitehead

IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

IN RE:

STEPHEN R. BROWN, Debtor,

STEPHEN R. BROWN, a single person,

Plaintiffs,

VS.

NEWMAN DU WORS, LLP, a Washington Limited Liability Partnership, and; JOHN DAVID DU WORS, an Individual,

Defendants.

Case no. 23-cv-05222-JNW

Bankruptcy Adversary Proceeding No. 23-ap-04000-CMA

**JOINT STIPULATION AND ORDER OF DISMISSAL OF ALL CLAIMS BY ALL PARTIES**

<u>**NOTE ON MOTION CALENDAR**</u>**: AUGUST 28, 2024**

**CLERK'S ACTION REQUIRED**

COME NOW Plaintiff STEPHEN R. BROWN and Defendants NEWMAN DU WORS, LLP and JOHN DAVID DU WORS, by and through their respective, undersigned attorneys of record, and stipulate and agree that all claims in this proceeding should be dismissed with prejudice,

**Joint Stipulation and Order for Dismissal of All Claims by All Parties**
Page 1 of 3

WAID LAW OFFICE, PLLC
P.O. BOX 16737
SEATTLE, WA 98116
206-714-7535

without taxation of fees or costs to any party.

DATE: August 28, 2024.

WAID LAW OFFICE, PLLC

BY: /s/ Brian J. Waid
    BRIAN J. WAID
    WSBA No. 26038
    Attorney for Plaintiff

LEWIS BRISBOIS BISGAARD & SMITH, LLP

BY: /s/ Kathleen L. Nelson (email authorized)
    KATHLEEN L. NELSON
    WSBA #22826
    SYNOVA M.L. EDWARDS
    WSBA #43063
    Attorneys for Defendants

## ORDER

It is so ORDERED.

DATED: September 3, 2024.

*[signature]*

Jamal N. Whitehead
United States District Judge

Joint Stipulation and Order for Dismissal of All Claims by All Parties
Page 2 of 3

WAID LAW OFFICE, PLLC
P.O. BOX 16737
SEATTLE, WA 98116
206-714-7535

1  Submitted by:

2  WAID LAW OFFICE, PLLC

3

4  BY:  /s/ Brian J. Waid
         BRIAN J. WAID
5        WSBA No. 26038
6        Attorney for Plaintiff

Joint Stipulation and Order for Dismissal of All
Claims by All Parties
Page 3 of 3

WAID LAW OFFICE, PLLC
P.O. BOX 16737
SEATTLE, WA 98116
206-714-7535